| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
ESTEBAN ERAZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00574-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER** |
| vs. | |
| ESTEBAN ERAZO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Esteban Erazo, that the Court continue the April 17, 2018 hearing to June 5, 2018.

Mr. Erazo was set to return to court for status conference on April 17, 2018. Due to a change in the Court's calendar, it can no longer accommodate that date. Accordingly, the parties request that the Court continue Mr. Erazo's hearing to June 5, 2018.

//
//
//
//
//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | Date: March 30, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | Date: March 30, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ESTEBAN ERAZO |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 17, 2018 hearing for Esteban Erazo, Case No. 6:17-po-00574-MJS, is continued to June 5, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 31, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE